he did not. The jury passed upon the question under a proper charge of the court.

There is no error, and the judgment is affirmed.

Affirmed.

164 So. 924

**Joel H. RILEY v. STATE.**

**2 Div. 564.**

Court of Appeals of Alabama.
Nov. 19, 1935.

RICE, Judge.
Affirmed.

169 So. 913

**Will T. RILEY v. STATE.**

**8 Div. 375.**

Court of Appeals of Alabama.
June 2, 1936.

RICE, Judge.
Affirmed.

173 So. 923

**Beck ROBERSON v. STATE.**

**8 Div. 435.**

Court of Appeals of Alabama.
Jan. 26, 1937.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 924

**Beck ROBERSON v. STATE.**

**8 Div. 436.**

Court of Appeals of Alabama.
Feb. 2, 1937.

SAMFORD, Judge.
Affirmed.

173 So. 923

**Lofton ROBERSON v. STATE.**

**8 Div. 361.**

Court of Appeals of Alabama.
Feb. 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 913

**R. A. ROBERSON v. STATE.**

**8 Div. 290.**

Court of Appeals of Alabama.
May 26, 1936.

SAMFORD, Judge.
Appeal dismissed.

175 So. 923

**Lee ROBERTS v. STATE.**

**7 Div. 262.**

Court of Appeals of Alabama.
June 8, 1937.

Obe Riddle, of Talladega, for appellant.
A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.